IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          CASE NO. 4:03CR00181**GH**

BILLY EASTLAND AND JOE MACK POOL                            DEFENDANTS

### ORDER

The Court, after having conducted an in camera review of the rough notes of the agents, finds that the government should provide copies of the rough notes to defendants.

IT IS SO ORDERED this 5th day of July, 2005.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE